ROBERT ADAMSON, as Fire Commissioner of the City of
New York, Appellant, *v.* CARL SCHREINER, Respondent.

*Adamson* v. *Schreiner*, 176 App. Div. 95, affirmed.
(Argued January 28, 1919; decided February 25, 1919.)

APPEAL from a judgment entered January 16, 1917,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing an
interlocutory judgment in favor of plaintiff, entered
upon a dismissal of the complaint by the court at a
Trial Term and directing a dismissal of the complaint in
an action against defendant as agent of a foreign insur-
ance company to recover the tax prescribed by section
799 of the charter of the city of New York as amended
by chapter 594 of the Laws of 1915. The question
involved was whether premiums received upon contracts
of reinsurance were subject to payment of such tax. The
Appellate Division held that they were not.

*William P. Burr, Corporation Counsel* (*Terence Farley*
and *John F. O'Brien* of counsel), for appellant.

*Otto Horwitz* and *Walter J. Rosston* for respondent.

*George Richards* for New York Board of Fire Under-
writers, intervening.

*William B. Ellison, Bruce Ellison* and *Andrew A.
Fraser* for alien property custodian, intervening.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CAR-
DOZO, POUND, CRANE and ANDREWS, JJ.